UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 FEB -6  P 12: 16

DISTRICT COURT
DISTRICT OF MASS.

CHUKWUMA E. AZUBUKO

Plaintiff

vs.

BOARD OF BAR OVERSEERS OF THE
SUPREME JUDICIAL COURT

Defendant

C.A. No. 04-CV-10192-WGY

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please notice the appearance of Ernest L. Sarason, Jr. as counsel for the Defendant in the above-captioned action.

Respectfully submitted,
BOARD OF BAR OVERSEERS OF THE
SUPREME JUDICIAL COURT
By its attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Ernest L. Sarason, Jr. BBO #441980
Assistant Attorney General
Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200

Dated: February 5, 2004

1

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., Assistant Attorney General, hereby certify that I have this day, February 5, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to: Chukwuma E. Azubuko, P.O. Box 1351, Boston, MA 02117-1351.

Ernest L. Sarason, Jr.



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
200 PORTLAND STREET
BOSTON, MASSACHUSETTS 02114

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

FILED
IN CLERKS OFFICE
2004 FEB -6  P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

February 5, 2004

Clerk's Office
**United States District Court**
**For District of Massachusetts**
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: **Chukwuma E. Azubuko v. Board of Bar Overseers of the Supreme Judicial Court - Massachusetts**
U.S.D.C Civil Action No. 04-CV-10192-WGY

Dear Sir/Madam:

Enclosed please find the following documents for filing and docketing in the above referenced-matter:

1. Notice of Appearance;
2. Defendant's Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(1) and 12(b)(2);
3. Defendant's Memorandum of Law in Support Of Its Motion To Dismiss Plaintiff's Complaint; and
4. Affidavit Of Ernest L. Sarason Jr. In Support Of Defendant's Motion To Dismiss (with exhibits).

Thank you for your attention to this matter.

Very truly yours,

Sarah Joss

Sarah Joss
Assistant Attorney General

enc.

cc: Chukwuma E. Azubuko