UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB -6  P 12: 16

DISTRICT COURT
DISTRICT OF MASS.

CHUKWUMA E. AZUBUKO )
)
Plaintiff )
)
vs. )  C.A. No. 04-CV-10192-WGY
)
BOARD OF BAR OVERSEERS OF THE )
SUPREME JUDICIAL COURT )
)
Defendant )

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) and 12(b)(2)

Defendant, the Board of Bar Overseers of the Supreme Judicial Court of Massachusetts ("Defendant" or "BBO") hereby moves pursuant to Federal Rule of Civil Procedure 12 to dismiss Plaintiff's Complaint on the grounds that this Court lacks subject matter jurisdiction over this Complaint. Further, this Court should dismiss the Complaint as frivolous under 28 U.S.C. § 1915.

1

Defendant submits a memorandum of law in support of this motion.

Respectfully submitted,

BOARD OF BAR OVERSEERS OF THE
SUPREME JUDICIAL COURT OF
MASSACHUSETTS
By its attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Ernest L. Sarason, Jr., BBO #441980
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200

Dated: February 4, 2004

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., Assistant Attorney General, hereby certify that I have this day, February 5, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to: Chukwuma E. Azubuko, P.O. Box 1351, Boston, MA 02117-1351.

_____
Ernest L. Sarason, Jr.