UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHUKWUMA E. AZUBUKO </br></br> Plaintiff </br></br> vs. </br></br> BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT </br></br> Defendant | C.A. No. 04-CV-10192-WGY |

### AFFIDAVIT OF ERNEST L. SARASON, JR. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Ernest L. Sarason, Jr., hereby depose and state:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts and counsel for the defendant, the Board of Bar Overseers of the Supreme Judicial Court.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Supreme Judicial Court Rule 4.01.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the Second Circuit Court of Appeals' unpublished decision Azubuko v. Giorlandino, 2000 WL 553184 (2d Cir. 2000).

4. Attached hereto as Exhibit 3 are true and accurate copies of Massachusetts General Laws c. 211B, § 1 and c. 212, § 3.

1

5. Attached hereto as Exhibit 4 are true and accurate copies of the following cases: Bagley v. Moxley, 407 Mass. 633, 555 N.E.2d 229 (Mass. 1990); and McCarthy v. Town of Oak Bluffs, 419 Mass. 227, 643 N.E.2d 1015 (Mass. 1994).

Signed under the pains and penalties of perjury this 4 day of February, 2004.

_____
Ernest L. Sarason, Jr.

## CERTIFICATE OF SERVICE

     I, Ernest L. Sarason, Jr., Assistant Attorney General, hereby certify that I have this day, February 5, 2004, served the foregoing document upon the pro se plaintiff by first class mail, postage prepaid to: Chukwuma E. Azubuko, P.O. Box 1351, Boston, MA 02117-1351.

                                                        Ernest L. Sarason, Jr.