# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHUKWUMA E. AZUBUKO<br><br>Plaintiff<br><br>vs.<br><br>BOARD OF BAR OVERSEERS OF THE<br>SUPREME JUDICIAL COURT<br><br>Defendant | C.A. No. 04-CV-10192-WGY |

## MOTION FOR ADMISSION *PRO HAC VICE* APPEARANCE

Counsel for the Defendant in the above-captioned action, Ernest L. Sarason, Jr., hereby moves this Court to admit Sarah M. Joss on a *pro hac vice* basis. In support of this motion, I submit the Affidavit of Sarah M. Joss.

Respectfully submitted,
BOARD OF BAR OVERSEERS OF THE
SUPREME JUDICIAL COURT
By its attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Ernest L. Sarson, Jr., BBO #441980
Assistant Attorney General
Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200

Dated: March 2, 2004

1

## CERTIFICATE OF SERVICE

I, Ernest L. Sarason, Jr., Assistant Attorney General, hereby certify that I have this day, March 2, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to: Chukwuma E. Azubuko, P.O. Box 1351, Boston, MA 02117-1351.

_____
Ernest L. Sarason, Jr.