# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHUKWUMA E. AZUBUKO<br><br>Plaintiff<br><br>vs.<br><br>BOARD OF BAR OVERSEERS OF THE<br>SUPREME JUDICIAL COURT<br><br>Defendant | C.A. No. 04-CV-10192-WGY |

## AFFIDAVIT OF SARAH M. JOSS IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Sarah M. Joss, hereby depose and state:

1. I am a member in good standing of the bar of Massachusetts, which is the only jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Attached hereto as Exhibit 1 is an original Certificate of Good Standing from the Supreme Judicial Court of Massachusetts.

Signed under the pains and penalties of perjury this 2nd day of March, 2004.

_____
Sarah M. Joss

1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twenty-third day of January A.D. 2002, said Court being the highest Court of Record in said Commonwealth:

**Sarah Melise Joss**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-seventh day of February in the year of our Lord Two thousand and four.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116