UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHUKWUMA E. AZUBUKO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF BAR OVERSEERS OF THE )<br>SUPREME JUDICIAL COURT, )<br>)<br>Defendant. )<br> ) | CIVIL ACTION<br>NO. 04-10192-WGY |

ORDER

YOUNG, C.J.                                    March 31, 2004

On March 16, 2004, the Court entered an order from the bench in this matter at a hearing conducted at Harvard Law School. After reviewing the transcript thereof, the Court hereby restates and corrects its prior order as follows:

1.) For the reasons advanced in Defendant's Memorandum of Law in Support of its Motion to Dismiss the Plaintiff's Complaint [Doc. No. 9], the Court finds this case to be wholly without merit and not advanced in good faith. Pursuant to its authority under Rule 11 of the Federal Rules of Civil Procedure, the Court orders Plaintiff Chukwuma E. Azubuko ("Azubuko") to pay to the Board of Bar Overseers of the Commonwealth of Massachusetts the sum of five hundred dollars ($500.00) as partial

compensation for the efforts expended by the Defendant in connection with this matter.

2.) Additionally, in light of Azubuko's propensity to file frivolous lawsuits in this and other district courts of the United States, this Court has determined that a further sanction is necessary to deter the future filing of non-meritorious actions. The Court, therefore, fines Azubuko in the amount of five thousand dollars ($5,000.00), payment of which is suspended until and unless, without prior approval by a United States district judge or magistrate judge, Azubuko files any action in any Court of the United States that is subsequently dismissed as frivolous.

3.) The present Complaint is hereby **DISMISSED** with prejudice.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
CHIEF JUDGE

2