UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZUBUKO -<br>    Plaintiff<br><br>vs.<br><br>BOARD OF OVERSEERS OF THE SUPREME<br>JUDICIAL CIRCUIT – MASSACHUSETTS -<br>    Defendant | CIVIL ACTION NUMBER:<br>1:04-CV-1019 |

FILED
CLERKS OFFICE
2004 MAY 14  P 2:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

04-cv-10192 WGY

### SUSPENDED NOTICE OF APPEAL

    By and large, the Plaintiff's intention to appeal the case was a mere formality. The case deserved commencement of proceedings, so that there would be an end to the recurrent Hussienistic[1] approaches to administration of justice. The manners, the case had been handled was diametrically *unconstitutional, malicious* and *preposterous*. The notice of appeal followed Judge Young's denial of the Plaintiff's motion for him to recuse or withdraw from the case, central to establish or proverbial historical animosity or conflict of interest, he had towards the Plaintiff: it culminated into him denying the Plaintiff direct access to the Court. What a *Bantu*[2] approach to administration of justice! What caused him to think that he would be the best judge for the case defied logic! He had no jurisdiction over the case and enjoyed no judicial immunity.

    The Court's response to the motion was dated April 15th, 2004, postmarked April 16th and the Plaintiff received it on April 17th, 2004. The Court's warning that "CASE CLOSED ON 03/31/2004" never meant statute of limitations barring. The Plaintiff made a motion, which necessitated response from the Court. Therefore, the so-called "closed date" was immaterial and the case was timeously appealed.

                                     */s/*
                              CHUKWUMA E. AZUBUKO,
                              Pro Se,
                              P. O. Box 1351,
                              Boston – MA 02117-1351.
                              Telephone Number: (617) 522 9163

**Dated in Boston – Massachusetts – on Monday – May 3rd – 2004.**

---

[1] [Saddam Hussien – the dethroned Military Head of State in Iraq]
[2] [Bantu was associated with the apartheid South African government policy of providing African descents with inferior education to cement its morally bankrupt hegemony]

## CERTIFICATE OF SERVICE

A copy of the head under the penalties for perjury was served upon the Assistant Attorneys General Sarah Joss and Ernest L. Sarson, Jr. at The Commonwealth of Massachusetts, Office of the Attorney General, 200 Portland Street, Boston, MA 02114 by the United States' Postal Service pre-paid first-class mail on Monday – May 3rd, 2004.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.