UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHUKWUMA E. AZUBUKO<br><br>　　　　Plaintiff<br><br>vs.<br><br>BOARD OF BAR OVERSEERS OF THE<br>SUPREME JUDICIAL COURT<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-10192-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CERTIFICATE OF
COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

This certifies that, in compliance with Local Rule 7.1(a)(2), counsel for the defendant, the Board of Bar Overseers of the Supreme Judicial Court, conferred with Plaintiff in an attempt to resolve the issues set forth in Defendant's Motion to Dismiss Plaintiff's Suspended Notice of Appeal. No resolution or narrowing of the issues could be reached.

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　BOARD OF BAR OVERSEERS OF THE
　　　　　　　　　　　　　　　　SUPREME JUDICIAL COURT
　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Sarah M. Joss, BBO #651856
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Government Bureau/Trial Division
　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 727-2200

Dated: June 1, 2004

**CERTIFICATE OF SERVICE**

  I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, June 1, 2004, served the foregoing document upon the pro se plaintiff by mailing a copy first class, postage prepaid to: Chukwuma E. Azubuko, P.O. Box 1351, Boston, MA 02117-1351.

_____
Sarah M. Joss