**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 JUN 22  P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| RALPH R. NELSON, | ) |
| Plaintiff | ) |
| vs. | ) |
| TONYA MARIE COFFEY (NELSON); | ) |
| SHERRI Z. HELLER, CARLA TOWNSEND, | ) |
| ROBERT SUVER, DANNETTA GRAVES, | ) |
| VIRGINIA BROWN, SANDRA MENDENHALL, | ) |
| DEBBIE MARTINEAU, HOLLY PAYNE, | ) |
| JOEL SALWY, CHINA L. WIDENER, TOM | ) |
| HAYES and MARILYN RAY SMITH, | ) |
| Defendants. | ) |

C.A. No. 04-CV-10192-WGY

## MOTION FOR ADMISSION *PRO HAC VICE*

As a member of the bar of this Court, Sarah M. Joss hereby moves this Court to

admit Marcell N. Dezarn on a *pro hac vice* basis. An affidavit of Marcell N. Dezarn and

a certificate of good standing for Attorney Dezarn are submitted in support of this

motion. As required by Local Rule 83.5.3, Sarah M. Joss enters a limited appearance for

the purposes of this motion only.

Respectfully submitted,

Sarah M. Joss, BBO #651856
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA  02108
(617) 727-2200

Dated: June 21, 2004

1

## CERTIFICATE OF SERVICE

      I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, June 21, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to:

1.      Ralph R. Nelson
       57 Charter Street, Apt. 2A
       Boston, MA  02113

2.      Tonya M. Nelson
       3316 Bristol Drive
       Springfield, OH  45503

3.      Dannetta Graves
       c/o 1111 Edwin C. Moses Blvd.
       Dayton, MA  45402

4.      Adrianne M. Blair
       Ohio Attorney General
       Health Care Fraud Section
       150 East Gay Street, 17th Floor
       Columbus, OH  43215

5.      Marcell N. Dezarn
       Montgomery County Prosecuting Attorney
       Dayton-Montgomery County Courts Building
       5th Floor
       P.O. Box 972
       301 West Third Street
       Dayton, OH  45422

Sarah M. Joss

# AFFIDAVIT

STATE OF OHIO                 )
                                   ) ss:

COUNTY OF MONTGOMERY    )

Now comes Marcell N. Dezarn, being first duly cautioned and sworn according to law, who deposes and states as follows:

1.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Further Affiant sayeth naught.

_____
Marcell N. Dezarn
Ohio Sup. Ct. No. 0020522

Sworn to before me and subscribed in my presence by the said Marcell N. Dezarn this 15½ day of June, 2004.

_____
Notary Public

BONNIE J. MAYES, Notary Public
In and for the State of Ohio
My Commission Expires Nov. 9, 2008

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Marcell Neil Dezarn

was admitted to the practice of law in Ohio on November 01, 1983; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 1st day of June, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*