FILED
UNITED STATES DISTRICT COURTS OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUN 24  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RALPH R. NELSON,<br><br>      Plaintiff<br><br>vs.<br><br>TONYA MARIE COFFEY (NELSON);<br>SHERRI Z. HELLER, CARLA TOWNSEND,<br>ROBERT SUVER, DANNETTA GRAVES,<br>VIRGINIA BROWN, SANDRA MENDENHALL,<br>DEBBIE MARTINEAU, HOLLY PAYNE,<br>JOEL SALWY, CHINA L. WIDENER, TOM<br>HAYES and MARILYN RAY SMITH,<br><br>      Defendants. | C.A. No. 04-CV-10192-WGY |

## MOTION FOR ADMISSION *PRO HAC VICE*

As a member of the bar of this Court, Sarah M. Joss hereby moves this Court to admit Marcell N. Dezarn on a *pro hac vice* basis. An affidavit of Marcell N. Dezarn and a certificate of good standing for Attorney Dezarn are submitted in support of this motion. As required by Local Rule 83.5.3, Sarah M. Joss enters a limited appearance for the purposes of this motion only.

Respectfully submitted,

_____
Sarah M. Joss, BBO #651856
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA  02108
(617) 727-2200

Dated: June 21, 2004

1

## CERTIFICATE OF SERVICE

I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, June 21, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to:

1. Ralph R. Nelson
   57 Charter Street, Apt. 2A
   Boston, MA 02113

2. Tonya M. Nelson
   3316 Bristol Drive
   Springfield, OH 45503

3. Dannetta Graves
   c/o 1111 Edwin C. Moses Blvd.
   Dayton, MA 45402

4. Adrianne M. Blair
   Ohio Attorney General
   Health Care Fraud Section
   150 East Gay Street, 17th Floor
   Columbus, OH 43215

5. Marcell N. Dezarn
   Montgomery County Prosecuting Attorney
   Dayton-Montgomery County Courts Building
   5th Floor
   P.O. Box 972
   301 West Third Street
   Dayton, OH 45422

                                                     Sarah M. Joss