UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISON

|  |  |
|---|---|
| AZUBUKO - ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> BOARD OF OVERSEERS OF THE SUPREME ) <br> JUDICIAL CIRCUIT – MASSACHUSETTS - ) <br> Defendant ) <br> ) | CIVIL ACTION NUMBER: <br> 1:04-CV-10192-wGy |

**PLAINTIFF'S NULLIFICATION OF 'SUPENDED NOTICE OF APPEAL'**

These would be the grounds for the head:

01)   Taking everything into consideration, the Plaintiff prayed the Court to act in keeping with the head.  It meant that the judgment of the Court prevailed.  It equally meant automatic cancellation of the Defendant's Motion to Dismiss …"

02)   By and large, only a few sane wo/men would tolerate the Saddam Hussienistic approach to jurisprudence the Plaintiff had been condemned.  The Plaintiff nullified the head for a reason.  Eventually, the necessary parties would come back to the drawing board.  What prevailed on the case lent itself to "violating clear and settled law." [18 U.S.C. Sections 2, 3 and 4]  An association with treason would not be unintelligent. The United States' Supreme Court could hear the case on "original action" basis and it would not be a crime if such prevailed.  Why could not the Court feel its ears burning?  It defied logic that the Court would deprive the Plaintiff his First and Fifth Amendments rights without moral qualm.

### CONCLUSION

By and by, Equal Protection and Due Process Clauses would prevail.  As had been known, "the search for absolute sovereignty remains a continuum" [in the social

sciences' kingdom] The Plaintiff knew what motivated the Court to stand on the head of equity and smiled uncontrollably!

Respectfully submitted on Monday – August 2nd – 2004

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone Number: (617) 522 9163.

## CERTIFICATE OF SERVICE

Under the penalties for perjury, the Undersigned certified that a true copy of the head was served upon the Assistant Attorney Generals of record for the Defendant – Sarah Joss and Ernest L. Sarson, Jr. at The Commonwealth of Massachusetts, Office of the Attorney General, 200 Portland Street, Boston, MA 02114 by the United States' Postal Service first-class pre-paid mail on Tuesday – August 3rd – 2004.

CHUKWUMA E. AZUBUKO,
Pro Se.