P O Box 1351
Boston – MA 02117-1351

Monday – May 29th – 2006

Office of the Clerk
United States' District Court
John Joseph Moakley Courthouse
1 Courthouse Way – Suite 2300,
Boston – MA 02210

Re: AZUBUKO V BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT:
DOCKET NUMBER 04-CV-10192-WGY

Dear Sir/Madam

**CASE'S STATUS**

I would appreciate it if you could find time to act in keeping with the head.

Above all, your co-operation in this regard is very much appreciated! With candor in communications, the Plaintiff suffered malice-in-fact on the proceedings when compared with Barbara Jones of Andover – Massachusetts – proceedings against the self-same Defendant. Favorable judgment was entered on her behalf on February 25 – 2004 and the Plaintiff's case was dismissed in March. It was less than a month and the law of the land mountainously changed against the Plaintiff. That was queer!

Yours truly

CHUKWUMA E AZUBUKO
Pro Se

cc: Sarah M Jose
    Assistant Attorney General
    Government Bureau/Trial Division
    200 Portland Street – 3rd Floor
    Boston – MA 02114