UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG -2 P 3: 47

CIVIL ACTION NUMBER:
04-cv-10192-WGY

AZUBUKO -
    Plaintiff

v.

BOARD OF BAR OVERSEERS OF THE
SUPREME JUDICIAL COURT -
    Defendant

## JUDICIAL NOTICE: CASE'S STATUS

The Plaintiff would like the Court to furnish him with relevant information about the status of the above-captioned proceedings. Without mincing words, the manners the proceedings had been dealt with qualified resoundingly for unconstitutionality, perjury and treason.

Respectfully submitted on Monday – July 31st – 2006.

*[signature]*

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiff certified that a true copy of the head was served upon the Attorney of record for the Defendant via the United States' pre-paid first-class mail on Monday – August 31st – 2006, thus.

        Sarah M. Joss,
        Assistant Attorney General,
        Government Bureau/Trial Division,
        200 Portland Street – 3d Floor,
        Boston – MA 02114.

        _____
        CHUKWUMA E. AZUBUKO,
        Pro Se.