UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZUBUKO -<br>Plaintiff<br><br>v.<br><br>BOARD OF BAR OVERSEERS OF THE<br>SUPREME JUDICIAL COURT –<br>MASSACHUSETTS<br>Defendant | CIVIL ACTION NUMBER:<br>1:04-CV-10192-WGY |

**PLAINTIFF'S MOTION FOR NEW TRIAL/RE-OPENING**

Firstly, the Plaintiff appreciated the Court's provision of the Plaintiff with the proceedings' docket sheets dated August 04th – 2006. The proceedings were dismissed central to no discernible legal facts or law. By and large, the Plaintiff was condemned to judicial discrimination. [Barbara Jones v. Board of Bar Overseers of the Supreme Judicial Court – Massachusetts] The measure was in keeping with the law. [Fed. R. Civ. P. 59 and 60; *Thompson v. INS.*, 375 U.S. 384 (1964); *Stone v. INS* (93-1199), 514 U.S. 386 (1995)]

**CONCLUSION**

The importance of "Justice will be done and be seen to be done," at all material times would not be over-emphasized!

Respectfully submitted on Monday – August 14th – 2006.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiff certified that a true copy of the head was served upon the Attorneys of record to the Defendant via the United States' pre-paid first-class mail on Tuesday – August 15th – 2006 thus:

01) Assistant Attorney General Ernest Sarason,
Office of the Attorney General's Office,
Trial Division,
One Ashburton Place,
Boston – MA 02114 and

02) Assistant Attorney General Sarah M. Joss,
Office of the Attorney General's Office,
200 Portland Street,
3rd Floor,
Boston – MA 02114.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.